UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

v.                                            Case No.: 1:16-cv-23504-KMW

UNITED STATES DEVELOPMENT, LTD., a
Florida limited partnership; FELIX & ELENA, INC.,
d/b/a EL CANTONES RESTAURANT, a Florida
corporation; and, JC'S PIZZERIA LLC, a Florida
limited liability company;

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff, DOUGLAS LONGHINI **("Plaintiff")**, pursuant to, *inter alia*, this Court's Paperless Order [D.E. 30], and consistent with the Parties' Joint Notice Rescheduling Mediation with Court-Appointed Mediator, Meah Tell [D.E. 29], hereby notifies the Court that he has reached a full and final settlement in this lawsuit with Defendant, UNITED STATES DEVELOPMENT, LTD. **("USD Limited")** at Mediation on January 10, 2017. The undersigned is unaware whether Mediator Tell will be submitting a report. In any event, the Parties will be submitting the executed Consent Decree to this Court along with the Joint Motion for Entry and Approval of the Consent Decree.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 14st day of January, 2017.

                                                        By: */s/ Danny Espinosa*
                                                               Daniel Alberto Espinosa, Esq.
                                                               Florida Bar No. 81686